App. Div.]                    First Department, April, 1918.

HARRIETT ALLAN, as Administratrix, etc., Respondent, v. C. LOOMIS ALLEN, as Sole Remaining Receiver of the ROCHESTER, SYRACUSE AND EASTERN RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

RACHEL L. CHILSON, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CHARLES A. WHITE, as Administrator, etc., Appellant, v. BUFFALO GENERAL ELECTRIC COMPANY and Another, Respondents.— Judgment affirmed, with costs. All concurred; Kruse, P. J., not sitting.

MARIE BALL, as Executrix, etc., Appellant, v. GEORGE B. BROOKS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

ELIZABETH M. MURPHY, as Executrix, etc., Respondent, v. EDWARD A. KEENAN, as Director and Trustee for the Purposes of Dissolution of the Celtic Land Company, and the CELTIC LAND COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

CLARK PAPER AND MANUFACTURING COMPANY, Respondent, v. EDWARD D. STENACHER, Appellant.— Motion granted and order of modification and affirmance previously entered is amended so as to allow ten dollars costs and disbursements of the appeal to the defendant. (See ante, p. 915.)

AGNES EMMA GOKEY, as Executrix, etc., Respondent, v. TOWN OF THURSTON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

FRANK K. ROBINSON, Appellant. v. ESTHER A. AVERY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

GEORGE C. SHERMAN, Appellant, v. NORTHERN NEW YORK TRUST COMPANY and Others, Respondents.— Motion granted and preliminary injunction continued pending appeal.

JOHN J. McGROSSO, Appellant, v. RUTH C. McGROSSO, Respondent.— Motion granted and appeal dismissed, with costs.

WILLIAM DIXON, Respondent, v. OVERLAND-SYRACUSE COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Admitted to practice as attorneys and counselors at law during the March term upon examination: WARD B. ARBURY, of Buffalo; CLARENCE HENRY HARDELL, of Rochester; JESSE EDGAR ROSEBOOM, of Syracuse; T. FRANK DOLAN, JR., of Syracuse, and ALBERT H. SMITH, of Syracuse.